14CV002268

# STATE OF NORTH CAROLINA

WAKE County

File No.
Film No.

In The General Court Of Justice
☐ District ☒ Superior Court Division

RECEIVED
FEB 26 2014

| Name Of Plaintiff |
|---|
| WILSON & RATLEDGE, PLLC |

**VERSUS**

| Name Of Defendant(s) |
|---|
| MICHAEL J. AVENATTI, MICHAEL Q. EAGAN, AND EAGAN AVENATTI, LLP F/K/A EAGAN, O'MALLEY & CONTI, LLP |

**CIVIL SUMMONS
TO BE SERVED WITH
ORDER EXTENDING
TIME TO FILE COMPLAINT**

G.S. 1A-1, Rule 4

TO:
Name And Address Of Defendant 3
EAGAN AVENATTI, LLP F/K/A EAGAN, O'MALLEY & CONTI, LLP
450 NEWPORT CENTER DRIVE, 2ND FLOOR
NEWPORT BEACH, CA 92660

TO:
Name And Address Of Defendant 2

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or the plaintiff's attorney within thirty (30) days after you have been served with the complaint as authorized in the attached order. You may serve your answer by delivering a copy to the plaintiff or the plaintiff's attorney or by mailing a copy to one of them at his/her last known address.

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff) | Date | Time | ☐ AM ☒ PM |
|---|---|---|---|
| MICHAEL A. OSTRANDER<br>WILSON & RATLEDGE, PLLC<br>4600 MARRIOTT DRIVE, SUITE 400<br>RALEIGH, NC 27612 | Signature | | |
| | ☐ Deputy CSC | ☒ Assistant CSC | ☐ Clerk Of Superior Court |

AOC-CV-102, Rev. 1/10
© 2010 Administrative Office of the Courts

(Over)

| RETURN OF SERVICE | | | |
|---|---|---|---|
| I certify that this Summons and a copy of the Order were received and served as follows: | | | |

## DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of this Summons and Order.

☐ By leaving a copy of this Summons and Order at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of this Summons and Order to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Service Accepted By Defendant

| Date Accepted | Time Served ☐ AM ☐ PM | Signature |
|---|---|---|

☐ Other Manner Of Service (specify)

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of this Summons and Order.

☐ By leaving a copy of this Summons and Order at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of this Summons and Order to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Service Accepted By Defendant

| Date Accepted | Time Served ☐ AM ☐ PM | Signature |
|---|---|---|

☐ Other Manner Of Service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Date Received | Name Of Sheriff |
|---|---|---|
| Paid By | Date Of Return | County |
| | | Deputy Sheriff Making Return |

AOC-CV-102, Side Two, Rev. 1/10
© 2010 Administrative Office of the Courts