STATE OF NORTH CAROLINA    IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
WAKE COUNTY    FILE NO.

| | |
|---|---|
| WILSON & RATLEDGE, PLLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MICHAEL J. AVENATTI, ) | |
| MICHAEL Q. EAGAN, AND ) | |
| EAGAN AVENATTI, LLP ) | |
| F/K/A EAGAN, O'MALLEY & ) | |
| CONTI, LLP ) | |
| ) | |
| Defendants ) | |

*[FILED stamp: 2014 FEB 21 P 4:52 WAKE COUNTY, C.S.C.]*

THIS CAUSE coming before the undersigned; and the undersigned finding that good cause exists for granting the Plaintiff's Motion for an Extension of Time to File a Complaint pursuant to Rule 3(a) of the North Carolina Rules of Civil Procedure; that the Plaintiff has complied with the requirements of Rule 3(a) of the North Carolina Rules of Civil Procedure; that the Plaintiff has appropriately identified the nature and purpose of the action which Plaintiff anticipates will include, *inter alia*, claims for breach of contract, breach of fiduciary duty, and conversion.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff is granted an extension of time of twenty (20) days from the Court's issuance of the Civil Summons to be Served with Order Extending Time to File Complaint up to and including March 13, 2014.

SO ORDERED this the 21 day of February, 2014.

                                                                  */s/*
                                             CLERK/ASSISTANT CLERK OF COURT