# Exhibit B

| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
|---|---|
| | SUPERIOR COURT DIVISION |
| COUNTY OF WAKE | 14-CVS-2268 |

WILSON & RATLEDGE, PLLC,

Plaintiffs

vs.

MICHAEL J. AVENATTI, MICHAEL Q. EAGAN, AND EAGAN AVENATTI, LLP, F/K/A EAGAN, O'MALLEY & CONTI, LLP,

Defendants

**DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL (OTHR)**

TO: Wilson & Ratledge, PLLC
By and through their counsel,
Michael A. Ostrander
Wilson & Ratledge, PLLC
4600 Marriott Drive, Suite 400
Raleigh, North Carolina 27612

NOTICE IS HEREBY GIVEN that on the 7th day of March, 2014, Defendants, Michael J. Avenatti, Michael Q. Eagan, and Eagan Avenatti, LLP, filed in the United States District Court for the Eastern District of North Carolina a Notice of Removal of this action to the United States District Court from the Superior Court of Wake County, North Carolina, pursuant to 28 U.S.C. §1446(d). A true copy of that Notice of Removal (without exhibits) is attached as **Exhibit A**. Accordingly, pursuant to 28 U.S.C. §1446(d), the Superior Court of Wake County shall proceed no further with this action unless and until the case is remanded.

This the 7th day of March, 2014.

                                          YOUNG MOORE AND HENDERSON P.A.

                                          BY: _/s/ Walter E. Brock, Jr._
                                          WALTER E. BROCK, JR.
                                          N.C. State Bar No. 8195
                                          Post Office Box 31627
                                          Raleigh, North Carolina 27622
                                          Telephone: (919) 782-6860
                                          Facsimile: 9919) 782-6753
                                          E-mail: web@youngmoorelaw.com
                                          *Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served the foregoing document upon the attorneys shown below by depositing a copy of same in the United States mail, postage prepaid, addressed to said attorneys.

This the 7th day of March, 2014.

YOUNG MOORE AND HENDERSON P.A.

BY: /s/ Walter Brock

WALTER E. BROCK, JR.
N.C. State Bar No. 8195
Post Office Box 31627
Raleigh, North Carolina 27622
Telephone: (919) 782-6860
Facsimile: 9919) 782-6753
E-mail: web@youngmoorelaw.com
*Attorneys for Defendants*

Served on:

Michael A. Ostrander
Wilson & Ratledge, PLLC
4600 Marriott Drive, Suite 400
Raleigh, North Carolina 27612
*Attorneys for Plaintiff*

2909067-001/3494206