THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-cv-137

| | | |
|---|---|---|
| **WILSON & RATLEDGE, PLLC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **NOTICE OF VOLUNTARY** |
| | ) | **DISMISSAL WITHOUT** |
| | ) | **PREJUDICE** |
| **MICHAEL J. AVENATTI,** | ) | **Fed. R. Civ. P.  41(a)(1)(A)(i)** |
| **MICHAEL Q. EAGAN, AND** | ) | |
| **EAGAN AVENATTI, LLP** | ) | |
| **F/K/A EAGAN, O'MALLEY &** | ) | |
| **CONTI, LLP** | ) | |
| | ) | |
| **Defendants** | ) | |

_____

Plaintiff, pursuant Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, dismisses

the above-captioned action WITHOUT PREJUDICE.

This the 13th day of March, 2014.


**WILSON & RATLEDGE PLLC**
**Professional Limited Liability Company**

BY: **/s/ Reginald B. Gillespie_____**
    (*Signed electronically*)
    Reginald B. Gillespie
    N.C. State Bar No. 10895
    Michael A. Ostrander
    N.C. State Bar No. 36259
    Attorneys for Plaintiff
    4600 Marriott Drive, Suite 400
    Raleigh, North Carolina  27612
    Telephone:  (919) 787-7711
    Facsimile:  (919) 787-7710

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Walter E. Brock, Jr.
N.C. Bar No.: 8195
Post Office Box 31627
Raleigh, North Carolina 27622

Date: March 13, 2014

By:    /s/ Reginald B. Gillespie
(*SIGNED ELECTRONICALLY*)
Reginald B. Gillespie
Wilson & Ratledge, PLLC
4600 Marriott Drive, Suite 400
Raleigh, NC 27612
Telephone (919) 787-7711
Facsimile (919) 787-7710
Email: rgillespie@w-rlaw.com